UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLENN GREEN,<br><br>Plaintiff<br><br>v.<br><br>MAIL ROOM SGT, et al.,<br><br>Defendants | Case No.: 3:25-cv-00295-ART-CSD<br><br>ORDER |

This is pro se Plaintiff Glenn Green's 42 U.S.C. § 1983 civil rights action. On May 19, 2026, the parties reached a settlement in this case and in case no. 3:25-cv-00279-ART-CLB. (*See* ECF No. 10.) Defendants did not file the stipulation to dismiss or a status report by the deadline.

IT IS THEREFORE ORDERED that Defendants have until **November 25, 2026** to file a stipulation to dismiss or status report.

DATED THIS 16th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE