**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GLENN GREEN,

Plaintiff,

v.

MAIL ROOM SGT., et al.

Defendants.

Case No. 3:25-cv-00295-ART-CSD

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Glenn Green, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 19th day of May, 2026.

By:/
GLENN GREEN
Plaintiff

DATED this 19th day of May, 2026

AARON D. FORD
Attorney General

By: /s/ *Kyle L. Hill*
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.** These matters are DISMISSED WITH PREJUDICE and the Clerk is directed to close these cases.

DATED 5/19/25, 2026.

UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2026.